IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No: 2:'05-344 |
| ) | |
| vs. ) | |
| ) | **INFORMATION** |
| ) | |
| **PREMIER MANUFACTURING INC.** ) | |

THE ACTING UNITED STATES ATTORNEY CHARGES:

From in or about 1995 through January 2002, in the District of South Carolina, the Defendant, **PREMIER MANUFACTURING INC.**, did knowingly effect the entry of goods, namely cigarettes, through the Port of Charleston, at less than the true weight and measure thereof and by the payment of less than the amount of duty legally due;

In violation of Title 18, United States Code, Section 541.

JONATHAN S. GASSER (MRD)
ACTING UNITED STATES ATTORNEY